UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00229-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **MALCOLM JARREL HARTLEY,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on appointment of counsel under 18 U.S.C. § 3005. After consultation with the Federal Death Penalty Resources Center and after having reviewed the qualifications of a panel of proposed Learned Counsel, the court approves the appointment of Daniel P. Roberts as Learned Counsel for defendant Malcolm Jarrel Hartley, with W. Rob Heroy serving as second chair for such defendant.

**ORDER**

**IT IS, THEREFORE, ORDERED** that, in accordance with 18 U.S.C. § 3005, Daniel P. Roberts is **APPOINTED** as Learned Counsel for defendant Malcolm Jarrel Hartley and W. Rob Heroy is **APPOINTED** as second chair counsel.

Signed: May 26, 2015



Max O. Cogburn Jr.
United States District Judge