UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00229-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **MALCOLM JARREL HARTLEY,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Notice of Appeal of Magistrate Judge's Denial of Defendant's Discovery Motion Pursuant to Rule 59 (#431), which the court deems to be an Objection to a non-dispositive Order of a magistrate judge. See Fed.R.Crim.P. 59(a). While the court will set the Objections for expedited oral arguments based on the contentions in the motion concerning the AG proceeding at the end of the month, counsel for defendant are reminded of two things: (1) under Rule 59(a), it is defendant's burden to show how Judge Keesler's Order was clearly erroneous or contrary to law; and (2) all pleadings must be filed in a PDF readable format.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Notice of Appeal of Magistrate Judge's Denial of Defendant's Discovery Motion Pursuant to Rule 59 (#431), deemed to be an Objection to a non-dispositive Order (#416) of a magistrate judge, is calendared for oral arguments on Monday, February 22, at 11:30 a.m. in Charlotte.

Signed: February 17, 2016



Max O. Cogburn Jr.
United States District Judge