# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:14-cr-229-MOC-6

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) **ORDER** |
| MALCOLM JARREL HARTLEY, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on defendant's pro se "Motion for Compassionate Release Reduction of Sentence." (Doc. No. 942).

## ORDER

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to defendant's motion.

Signed: February 22, 2021

*Max O. Cogburn Jr.*
United States District Judge