UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cr-229-MOC-DCK-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| MALCOLM JARREL HARTLEY, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's pro se motion to reduce sentence. (Doc. No. 1006). The Court will treat Defendant's motion as a motion to for sentence reduction pursuant to Amendment 821 of the United States Sentencing Guidelines. (Doc. No. 1007).

### ORDER

**IT IS ORDERED** that within 30 days the Government shall file a response to Defendant's motion for sentence reduction pursuant to Amendment 821 of the United States Sentencing Guidelines.

*Max O. Cogburn Jr*
United States District Judge